UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KEITH O. MBELU,

    Plaintiff,

v.

CITY OF EAST LANSING, et al.,

    Defendants,
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:17-cv-1093

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

On December 19, 2017, an order issued denying the plaintiff's application for leave to proceed *in forma pauperis* in this action (ECF No. 4). Plaintiff moved for reconsideration of that denial, and the court denied plaintiff's second application for *in forma pauperis* status (ECF No. 8). The order further directed the plaintiff to pay the $400.00 filing fee by February 21, 2018, or the action would be dismissed. To date, the plaintiff has not paid the filing fee. Dismissal of the action is appropriate as the plaintiff has failed to comply with a court order. Fed. R. Civ. P. 41(b), *see Link v. Wabash R.R. CO.,* 370 U.S. 626, 632-633 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** and **CLOSED**.

Date: March 5, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge